No. 11–7220. HOYT *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–7221. GARCIA-AGUILERA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–7223. HARPER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 11–7226. FLORES-SANTOS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–7236. MORENO-GONZALEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–7238. SANCHEZ-VALENZUELA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–386. BRONX HOUSEHOLD OF FAITH ET AL. *v.* NEW YORK CITY BOARD OF EDUCATION ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 11–407. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, FREIGHT, CONSTRUCTION, GENERAL DRIVERS, WAREHOUSEMEN & HELPERS, LOCAL 287 (AFL–CIO) *v.* GRANITE ROCK CO. C. A. 9th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–5342. ROBINSON *v.* UNITED STATES;
No. 11–5975. JONES *v.* UNITED STATES; and
No. 11–6514. THOMAS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of these petitions. Reported below: 637 F. 3d 59.

No. 11–7150. IGLESIAS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–7162. FORD *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.